## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Joe R. Whatley, Jr. solely in his capacity as the WD Trustee of the WD Trust, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Canadian Pacific Railway Limited, Canadian Pacific Railway Company, Soo Line Railroad Company, and Dakota, Minnesota & Eastern Railroad Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | Case No. 1:16-cv-074 |

Before the court are motions for attorneys Robert J. Keach, Roma N. Desai, Jessica A. Lewis, Michael A. Siedband, Lindsay K. Zahradka, and Timothy J. McKeon to appear *pro hac vice* on plaintiff's behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Robert J. Keach, Roma N. Desai, Jessica A. Lewis, Michael A. Siedband, Lindsay K. Zahradka, and Timothy J. McKeon have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk.  Accordingly, the  motions (Docket Nos. 3 through 8) are **GRANTED**.  Attorneys Robert J. Keach, Roma N. Desai, Jessica A. Lewis, Michael A. Siedband, Lindsay K. Zahradka, and Timothy J. McKeon are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 13th day of April, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge