# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Joe R. Whatley, Jr. solely in his capacity as the WD Trustee of the WD Trust, | ) ) ) | |
| Plaintiff, | ) ) | **AMENDED ORDER** |
| vs. | ) ) | |
| Canadian Pacific Railway Limited, Canadian Pacific Railway Company, Soo Line Corporation, and Soo Line Railroad Company, | ) ) ) ) ) | Case No. 1:16-cv-074 |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on November 28, 2016. Pursuant to its discussion with the parties, court **ORDERS** that defendants shall have until December 8, 2016, to file a motion to stay discovery. The court further **ORDERS** that plaintiff's response and defendants' reply to the motion to stay discovery are due by December 29, 2016, and January 6, 2017, respectively. All discovery shall be stayed until the court rules on the motion.

Finally, the court **ORDERS** that plaintiff shall have until December 20, 2016, to file a response to defendants' threshold motion for judgment on the pleadings or, in the alternative, for summary judgment. Defendant's reply is due by January 6, 2017.

Dated this 12th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
