# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

**JOE R. WHATLEY, JR., solely in his capacity**
**as Trustee of the WD Trust**                                                   **PLAINTIFF**

**VS.**                      **1:16-CV-00074-BRW-CSM**

**CANADIAN PACIFIC RAILWAY LIMITED,** *et al.*                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, judgment is entered in favor of Defendants.

Accordingly, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 24th day of March, 2017.

                                                      /s/ Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE