## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Joe R. Whatley Jr., solely in his capacity as the WD Trustee of the WD Trust, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Canadian Pacific Railway Limited, Canadian Pacific Railway Company, Soo Line Corporation, and Soo Line Railway Company, | ) ) ) ) ) | Case No. 1:16-cv-074 |
| Defendants. | ) | |

The court shall hold a status conference with the parties by telephone on September 16, 2020, at 10:00 a.m. CDT.  To participate in the conference, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court