# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joe R. Whatley Jr., solely in his capacity as the WD Trustee of the WD Trust,  )<br>  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Canadian Pacific Railway Limited,  )<br>Canadian Pacific Railway Company,  )<br>Soo Line Corporation, and Soo Line  )<br>Railway Company,  )<br>  )<br>Defendants.  ) | **AMENDED ORDER**<br><br><br><br><br><br><br><br>Case No. 1:16-cv-074 |

The court shall hold a status conference with the parties by telephone on September 16, 2020, at 10:00 a.m. CDT. To participate in the conference, the parties should dial (877) 411-9748 and enter access code 2456110

**IT IS SO ORDERED.**

Dated this 16th day of September, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court