# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: )<br>)<br>Joe R. Whatley, Jr., solely in his capacity )<br>as the WD Trustee of the WD Trust, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>Canadian Pacific Railway Company, et al., )<br>)<br>        Defendants. ) | **ORDER**<br><br><br><br><br><br><br><br>Case No. 1:16-cv-074 |

The court previously ordered the Rule 30(b)(6) deposition of World Fuel was to be completed by July 16, 2021. (Doc. No. 320). Pursuant to it discussion with the parties during the status conference on July 1, 2021, the court extends the deadline to complete the Rule 30(b)(6) deposition of World Fuel until July 30, 2021.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2021.

                                                        */s/ Clare R. Hochhalter*
                                                        Clare R. Hohhalter, Magistrate Judge
                                                        United States District Court