# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Joe R. Whatley, Jr. soley in his capacity
as the WD Trustee of the WD Trust,

      Plaintiff,

  v.                                                    Case No. 1:16-cv-74

Canadian Pacific Railway Company,
Soo Line Railroad Company,

      Defendants.

## CLERK'S MINUTES OF HEARING

| | |
|---|---|
| The Honorable Daniel M. Traynor | Date: February 8, 2023 |
| Bismarck, North Dakota | Time: 1:30 pm |
| Digital Recorder: 230208-000 Whatley.mp3 | Recess: 1:45 pm |
| Proceedings: Status Conference (via telephone) | Clerk: Roxanne Muffenbier |

Appearances:

    <u>Attorneys for Joe R. Whatley, Jr.</u>
    John Woodcock, III
    Paul McDonald

    <u>Attorneys for Canadian Pacific Railway Company
    and Soo Line Railroad Company</u>
    Paul Hemming
    Stacey Drentlaw
    Mark Rosenberg

Counsel note appearances via telephone.
No counsel present for Intervenor World Fuel Services, Corp. as it no longer has a role in the case.
Parties will file motions to withdraw or notice of substitution of counsel for those attorneys that are no longer on the case.
Final Pretrial Conference set for 2/13/23 at 1:30 PM by telephone before Magistrate Judge Clare R. Hochhalter.
Jury Trial set for 2/27/23 at 9:30 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor (4 days).
No pending motions in the case.
Parties anticipate a settlement as to the value of the crude oil and will file a Stipulation.  The

1

application of judgment reduction provision remains, parties will brief the issue and Court will issue an order.  Transportation costs may be different than judgment reduction provisions.
Plaintiff will also seek pre-judgment interest.
Court orders parties to file closing documents on 2/14/23.  Jury Trial will be cancelled after closing documents are filed.
Final Pretrial Conference will be postponed or cancelled.
Court in recess.